Opinion
issued January 26, 2012.

 




 
 
 
 
 




 

 



In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10B01031BCV

 



 

raymond swanson, Appellant

 

V.

 

laticea
williams,
Appellee

 



 

On Appeal from the 280th
District Court

Harris County, Texas

Trial Court Cause No. 2010-40981

 



 

MEMORANDUM
OPINION








Appellant Raymond Swanson has neither established
indigence, nor paid, or made arrangements to pay, the fee for preparing the
clerk=s
record.  See Tex. R. App. P. 20.1 (listing requirements for establishing
indigence), 37.3(b) (allowing dismissal of appeal if no clerk’s record filed
due to appellant’s fault). 
After being notified that this appeal was subject to dismissal,
appellant did not adequately respond.  See
Tex. R. App. P. 42.3(allowing involuntary dismissal).

We dismiss the appeal for want of
prosecution.  We dismiss all pending
motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.